FRANK X. DIPOLITO (137157)
ROSS I. LANDAU (259260)
SWAIN & DIPOLITO LLP
555 East Ocean Boulevard, Suite 600
Long Beach, California 90802
Telephone: (562) 983-7833
Facsimile: (562) 983-7835
E-mail: fdipolito@swaindipolito.com
       rlandau@swaindipolito.com

Attorneys for Defendants,
CODEX CARRIERS, INC. and COLUMBIA SHIPMANAGEMENT LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO DEJESUS,<br><br>    Plaintiff,<br><br>  vs.<br><br>NYK CANOPUS; CODEX CARRIERS INC.; COLUMBIA SHIPMANAGEMENT LTD.; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. CV 11-10318 SVW (SHx)<br><br>Honorable Stephen V. Wilson<br><br>ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>JS - 6 |

    Pursuant to the Stipulation of Plaintiff HIPOLITO DEJESUS and Defendants CODEX CARRIERS, INC. and COLUMBIA SHIPMANAGEMENT LTD., through their respective counsel, IT IS HEREBY ORDERED that the above-entitled Action is hereby dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

DATED:   August 16, 2012         _____
                                           UNITED STATES DISTRICT JUDGE

[Proposed] Order of Dismissal of Entire Action with Prejudice