```
 1  FRANK X. DIPOLITO (137157)
    ROSS I. LANDAU (259260)
 2  SWAIN & DIPOLITO LLP
    555 East Ocean Boulevard, Suite 600
 3  Long Beach, California 90802
    Telephone:  (562) 983-7833
 4  Facsimile:  (562) 983-7835
    E-mail: fdipolito@swaindipolito.com
 5          rlandau@swaindipolito.com

 6  Attorneys for Defendants,
    CODEX CARRIERS, INC. and COLUMBIA SHIPMANAGEMENT LTD.
 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO DEJESUS,<br><br>          Plaintiff,<br><br>     vs.<br><br>NYK CANOPUS; CODEX CARRIERS INC.;<br>COLUMBIA SHIPMANAGEMENT LTD.; and<br>DOES 1-20, inclusive,<br><br>          Defendants. | Case No. CV 11-10318 SVW<br>(SHx)<br><br>Honorable Stephen V.<br>Wilson<br><br>ORDER OF DISMISSAL OF<br>ENTIRE ACTION WITH<br>PREJUDICE<br><br>**JS - 6** |

     Pursuant to the Stipulation of Plaintiff HIPOLITO DEJESUS and Defendants CODEX CARRIERS, INC. and COLUMBIA SHIPMANAGEMENT LTD., through their respective counsel, IT IS HEREBY ORDERED that the above-entitled Action is hereby dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

DATED:   August 16, 2012          _____
                                   UNITED STATES DISTRICT JUDGE

[Proposed] Order of Dismissal of Entire Action with Prejudice